UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; S.A.S. LONGCHAMP, a French corporation; S.A.S. JEAN CASSEGRAIN, a French corporation; and LONGCHAMP U.S.A., INC., a New Jersey Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL CHRISTOPHER PITTA, an individual; PREETHY CHRISTOPHER, an individual; and DOES 1-10,<br><br>Defendants. | No.<br><br>**AMAZON.COM, INC.'S AND AMAZON.COM SERVICES LLC'S FED. R. CIV. P. 7.1 & LCR 7.1 CORPORATE DISCLOSURE STATEMENT** |

Plaintiff Amazon.com, Inc. has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Plaintiff Amazon.com Services LLC is a wholly owned indirect subsidiary of parent company Amazon.com, Inc. Amazon.com Services LLC has no other publicly held corporation that owns 10% or more of its membership interests.

AMAZON.COM, INC.'S AND AMAZON.COM SERVICES LLC'S
CORPORATE DISCLOSURE STATEMENT - 1

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

1    DATED this 30th day of October, 2024.

2                                                                DAVIS WRIGHT TREMAINE LLP
                                                                 *Attorneys for Plaintiffs*
3

4                                                                *s/ Scott Commerson*
                                                                 Scott Commerson, WSBA #58085
5                                                                865 South Figueroa Street, Suite 2400
                                                                 Los Angeles, CA 90017-2566
6                                                                Tel: (213) 633-6800
                                                                 Fax: (213) 633-6899
7                                                                Email: scottcommerson@dwt.com

8                                                                *s/ Lauren Rainwater*
                                                                 Lauren Rainwater, WSBA #43625
9                                                                920 Fifth Avenue, Suite 3300
                                                                 Seattle, WA 98104-1610
10                                                               Tel: (206) 622-3150
                                                                 Fax: (206) 757-7700
11                                                               Email: laurenrainwater@dwt.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27