UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; S.A.S. LONGCHAMP, a French corporation; S.A.S. JEAN CASSEGRAIN, a French corporation; and LONGCHAMP U.S.A., INC., a New Jersey Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL CHRISTOPHER PITTA, an individual; PREETHY CHRISTOPHER, an individual; and DOES 1-10,<br><br>Defendants. | No.<br><br>**S.A.S. LONGCHAMP'S, JEAN CASSEGRAIN'S, AND LONGCHAMP U.S.A., INC.'S FED. R. CIV. P. 7.1 & LCR 7.1 CORPORATE DISCLOSURE STATEMENT** |

Plaintiff S.A.S. Jean Cassegrain has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Plaintiff S.A.S. Longchamp is a wholly owned subsidiary of S.A.S. Jean Cassegrain, and no other publicly held corporation owns 10% or more of its stock.

Plaintiff Longchamp U.S.A., Inc. is a wholly owned subsidiary of S.A.S. Jean Cassegrain, and no other publicly held corporation owns 10% or more of its stock.

1    DATED this 30th day of October, 2024.

2

3
                          DAVIS WRIGHT TREMAINE LLP
                          *Attorneys for Plaintiffs*

4                          *s/ Scott Commerson*
                          Scott Commerson, WSBA #58085

5                          865 South Figueroa Street, Suite 2400
                          Los Angeles, CA 90017-2566

6                          Tel: (213) 633-6800
                          Fax: (213) 633-6899

7                          Email: scottcommerson@dwt.com

8                          *s/ Lauren Rainwater*
                          Lauren Rainwater, WSBA #43625

9                          920 Fifth Avenue, Suite 3300
                          Seattle, WA 98104-1610

10                         Tel: (206) 622-3150
                          Fax: (206) 757-7700

11                         Email: laurenrainwater@dwt.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

S.A.S. LONGCHAMP'S, JEAN CASSEGRAIN'S, AND
LONGCHAMP U.S.A., INC.'S CORPORATE DISCLOSURE
STATEMENT - 2

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax